

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 MAR 18 AM 9:05

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. |
| Plaintiff, | COMPLAINT FOR VIOLATION |
| v. | Title 18, U.S.C. §2423(c)- Engaging in Illicit Sexual Conduct in Foreign Places |
| Arthur David BENJAMIN, | |
| Defendant. | |

'13MJ1050

The undersigned Complainant, being duly sworn, states:

### COUNT 1

In or about and between March 2012 through December 2012, within the Southern District of California, and elsewhere, defendant Arthur David BENJAMIN traveled in foreign commerce and did knowingly engage in any illicit sexual conduct (as defined by 18 U.S.C. §2423(f)) with another person, to wit: G.D.V. (age 16) in the Philippines; in violation of Title 18, United States Code, Section 2423(c).

### COUNT 2

On or about and between January 18, 2013 through February 6, 2013, within the Southern District of California, and elsewhere, defendant Arthur David BENJAMIN traveled in foreign commerce and did knowingly engage in any illicit sexual conduct (as defined by 18 U.S.C. §2423(f)) with another person, to wit: J.A. (age 17) in the Philippines; in violation of Title 18, United States Code, Section 2423(c).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Manuel Ramirez
Special Agent
Homeland Security Investigations

Sworn to me and subscribed in my presence this __18__ day of March, 2013.

UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

In March 2012, and again on January 18, 2013, Arthur David BENJAMIN, a United States citizen (age 49), traveled from San Diego, CA to the Philippines via LAX. BENJAMIN travelled to the Philippines and later engaged in illicit sexual activity with two female minors each time he arrived in the Philippines.

In February 2013, Filipino law enforcement, National Bureau of Investigation (NBI), accompanied by Homeland Security Investigations (HSI) agents, conducted an undercover investigation into Avila's BAR aka "Crow Bar" located in Olongapo, Philippines. BENJAMIN owns the bar and opened it in November 2011. There law enforcement encountered BENJAMIN who told others that he owned the bar, knew there were minors working in the bar, and he had a minor aged girlfriend who lives behind the bar. BENJAMIN continued the conversation by saying that he had a "mamasan" (Lucy Dela Victoria) that worked there and he had borrowed money from her. He stated that she came to him and asked if would take her 16 year old granddaughter's (G.D.V. aka "Princess") virginity to settle the debt. BENJAMIN told HSI agents that he asked the girl if she "wanted him to take her virginity" to which he stated her reply was "sure, I guess if it will help my grandma." BENJAMIN stated that it was worth the loan, indicating that he in fact had sex with the "virgin" minor.

BENJAMIN said he has approximately 14 employees at the Avila's bar. BENJAMIN's employees are Guest Relation Officers (GROs) that have sex with

foreign clients for payment. At the Avila's Bar, customers can receive a "Blowjob" for 600 Philippine Pesos (approximately 15 U.S. dollars) and can be performed by the GROs working in the bar. A customer can look at a GRO and point to his penis, which will instruct to the GRO to perform oral sex on the customer while the customer sits at the bar in plain view. BENJAMIN engages in sex with the employees of the Avila's Bar and requests that the GROs treat him like a regular customer.

BENJAMIN has a 17-year old girlfriend from Makati (J.A.). BENJAMIN met J.A. in October or November of 2011. BENJAMIN began having sex with J.A. approximately a year before opening the Avila's Bar. J.A. initially lived at the Avila's Bar but then BENJAMIN rented an apartment for J.A. and JA's mother.

BENJAMIN had sex with J.A. on February 3 or 4, 2013 when J.A. stayed overnight at BENJAMIN's residence. There BENJAMIN and J.A. engaged in oral, anal, and vaginal sex. A week prior, BENJAMIN took J.A. inside a room at the back of the Avila's Bar and J.A. performed oral sex on him.

On February 6, 2013, BENJAMIN was arrested by Filipino law enforcement for crimes related to child abuse. He was later interviewed by HSI agents. He was read his Miranda rights, which he acknowledged and waived. He stated he arrived in the Philippines in March 2012, left for the U.S. in December 2012 and returned in January 2013. He stated he met with his wife, who resides in San Diego, to discuss some issues. He admitted to having a 17 year old girlfriend, whom he met when she was 16 years of age. He admitted to having sex with J.A. for about once or twice a week since November 2011. He also admitted having sex (taking her virginity) with "Princess" after he arrived in March 2012 as repayment of a debt from Princess' grandmother, Victoria.

Manuel Ramirez
Special Agent
Homeland Security Investigations